UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRISTIAN SANCHEZ, individually, and on behalf of all others similarly situated,**<br><br>      *Plaintiff*,<br><br>   -against-<br><br>**GRAPHIC IMAGE INCORPORATED,**<br><br>      *Defendant*. | 23-cv-00364 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **October 24, 2023**. Additionally, Plaintiff counsel William J. Downes's request to withdraw, ECF No. 8, is hereby **GRANTED**.

**SO ORDERED.**

Dated: August 25, 2023
    New York, New York

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**